FILED

JUL 16 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY FMN
DEPUTY CLERK

United States District Court
Eastern District of California

Samuel Garcia Anguiano
Plaintiff(s)

V.

Frank Bisignano, Comm'r of Soc. Sec.
Defendant(s)

Case Number: 1:26-cv-05463-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert J. Parker hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Samuel Garcia Anguiano

On 10/19/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court of West Virginia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/13/2026 Signature of Applicant: /s/ Robert J. Parker

**Pro Hac Vice Attorney**

Applicant's Name: Robert J. Parker

Law Firm Name: Osterhout Berger Daley, LLC

Address: 521 Cedar Way, Suite 200

City: Oakmont State: PA Zip: 15139

Phone Number w/Area Code: (412) 794-8003

City and State of Residence: Oakmont, PA

Primary E-mail Address: bparker@obd.law

Secondary E-mail Address: fdc@obd.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John D. Metsker

Law Firm Name: The Metsker Law Firm

Address: P.O. Box 590881

City: San Francisco State: CA Zip: 94159

Phone Number w/Area Code: (866) 342-6180 Bar # 268977

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/16/26

JUDGE, U.S. DISTRICT COURT

*STATE OF WEST VIRGINIA*

*I, Jennelle H. Jones, Chief Deputy Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Robert J. Parker, of Oakmont, Pennsylvania, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 19th day of October, 2022, is an attorney in good standing in said Court, and is currently on active status.*

*Given under my hand and seal of said Court, at Charleston, West Virginia, this 27th day of April 2026, and in the 163rd year of the State.*

*Chief Deputy Clerk, Supreme Court of Appeals of West Virginia*